**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: TWYLA DIANNE G. TAYLOR**                    **Case No. 20-12621**

### ORDER RESOLVING CREDITOR'S
### MOTION FOR EXTENSION OF TIME(DK#22)

This matter is before the Court on the Motion of Northeast Mississippi Panning and

Development District for extension of time (Dkt#22).  Movant represented to the Court that it

served the motion in accordance with all applicable rules.  No opposition or response was

presented by the Debtor, therefore, the Court adjudicates as follows:

(1)

That the Court has jurisdiction over the parties and the subject matter, herein.

~~(2)~~

~~That on or about December 12, 2016, two separate loans were issued to the Debtor,~~

~~individually and as the sole and only shareholder of Professional Services of Potts Camp, Inc.~~

~~(Hereinafter "Professional Services"), in the principal amount of $162,500.00 each.~~                    (JDW)

~~(3)~~

~~That the Debtor executed two deeds of trust granting the Creditor a security interest in~~

~~several tracts of real property.~~

(4)

~~That the Creditor has a potential claim against the errors and omissions coverage for the~~

~~Debtor and/or Attorney Jennifer Shackelford.  Further, that Creditor has reason to believe that~~     (JDW)

~~Attorney Shackelford and/or her carrier may deny coverage based on an alleged fraud by the~~

~~Debtor.~~

(5)

That the Creditor needs additional time to further investigate whether the Debtor

participated in a fraud that might affect dischargeability.

(6)

That the Creditor's Motion to Extend Time to Object to Dischargeability should be

granted.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that Northeast

Mississippi Planning and Development District's Motion to Extend Time shall be and is hereby

granted.  Creditor shall be allowed until March 1, 2021 to file an action to determine

dischargeability.

**##ENDOFORDER##**


Submitted by:
Bart M. Adams, Esq. Bar No.:100985
108 E. Jefferson St.
Ripley, MS 38663
(662) 837-9976
bart@akinsadams.com