**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: TWYLA DIANNE G. TAYLOR                    Case No. 20-12621

**ORDER RESOLVING CREDITOR'S MOTION FOR**
**ABANDONMENT AND RELIEF FROM AUTOMATIC STAY (DK#23)**

This matter is before the Court on the Motion of Northeast Mississippi Planning and Development District for relief from the automatic stay of 11 U.S.C. §362 (Dkt#23). Movant represented to the Court that it served the motion in accordance with all applicable rules. No opposition or response was presented by the Debtor, therefore, the Court adjudicates as follows:

(1)

That the Court has jurisdiction over the parties and the subject matter, herein.

~~(2)~~

~~That on or about December 12, 2016, two separate loans were issued to the Debtor, individually and as the sole and only shareholder of Professional Services of Potts Camp, Inc. (Hereinafter "Professional Services"), in the principal amount of $162,500.00 each.~~

~~(3)~~

~~That the Debtor executed two deeds of trust granting the Creditor a security interest in several tracts of real property. A copy of said deeds of trust are attached hereto as Exhibit "B" and made a part hereof as if copied fully herein in words and figures.~~

(JDW)

(4)

~~That the Creditor has a potential claim against the errors and omissions coverage for the Debtor and/or Attorney Shackelford. The Creditor should also be allowed to further investigate whether the Debtor participated in a fraud that might affect dischargeability.~~

(JDW)

(5)

That the automatic stay should be lifted to the extent necessary for the Creditor to pursue its claim against Shackelford and her professional liability insurance in addition to any other insurance coverage that might satisfy claims against the Debtor.

(6)

That the Creditor's Motion to Abandon and Relief from the Automatic Stay is hereby granted.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that Northeast Mississippi Planning and Development District's Motion to Abandon and Relief from Automatic Stay is hereby granted, to the extent necessary, for Creditor to continue to pursue its claim against Jennifer L. Shackelford, Attorney at Law, and any professional liability insurance coverage that may be available along with the Debtor's insurance coverage that might be available to satisfy the Creditor's claim.

##ENDOFORDER##

Submitted by:
Bart M. Adams, Esq. Bar No.:100985
108 E. Jefferson St.
Ripley, MS 38663
(662) 837-9976
bart@akinsadams.com